## Appeal of Gangewere *et al.*

1. Neither the Act of April 15th 1834, § 104 (Township Officers), nor the Act of March 25th 1864, § 14 (Bounties), authorizes an appeal to the Supreme Court from the decree of the Court of Common Pleas upon the report of township auditors.

2. The whole system being statutory the Supreme Court cannot assume jurisdiction without statutory authority.

March 15th 1869. Before Thompson, C. J., Read, Agnew and Williams, JJ. Sharswood, J., at Nisi Prius.

Appeal from the decree of the Court of Common Pleas of *Lehigh county*, confirming the report of the township auditors of Hanover township, on the account of Charles Ritter, treasurer of the township, in relation to the "Bounty Fund."

On the 24th of October 1866 the township auditors of Hanover township reported, setting out the receipts and expenditures by the treasurer in relation to the bounty fund of that township, and found that there was a balance of $1675.66 due to him.

Paul Gangewere and others, on behalf of the township, appealed from the report and filed exceptions. The matter was referred to J. H. Oliver as examiner and master, who made a report with a decree, that the report of the auditors be confirmed. To this report exceptions were filed. The court (Jones, P. J.), dismissed the exceptions and confirmed the report of the master. Gangewere and others appealed to the Supreme Court, and assigned the decree of confirmation for error.

Without entering upon the discussion of the merits, the court directed counsel to argue whether an appeal to the Supreme Court lay under the circumstances.

*R. E. Wright* and *Runk & Baldwin*, for appellants.

*E. A. Wright, G. B. Schall, J. D. Stiles* and *S. A. Bridges*, for appellees.

The opinion of the court was delivered, March 18th 1869, by

Thompson, C. J.—The act of 15th April 1834 provided for an appeal by township officers from the settlement of their accounts to the Common Pleas; but there is no provision for an appeal from the decision of the latter to this court, and as the whole system is statutory, we cannot assume jurisdiction of such an appeal without statutory authority. The law is not changed by the act of 26th March 1864, giving jurisdiction to township auditors to settle the accounts of the receipts and expenditure of township bounty funds arising from the assumed collection of taxes for that purpose. The provision is that such accounts shall be audited in

like manner as other county, township, city, borough or school district accounts are audited. The appeal in this case is from the decree of the Court of Common Pleas of Lehigh county, on an appeal from the settlement of the auditors of Hanover township, of a bounty fund account, and as there is no authority for such an appeal to this court, it must be quashed.

Appeal quashed.